JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SERGIO SALAZAR-SORTO,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-04690-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Prospective Injunctive Relief, IT IS ADJUDGED that the Petitioner's request for prospective injunctive relief is granted.

DATED: October 6, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE